[No. 6974–1–II. Division Two. June 26, 1985.]

JACK L. GUTHRIE, *as Guardian, Appellant*,
v. STEVE GUNN, *Respondent*.

Appeal from a judgment of the Superior Court for Kitsap
County, No. 69933, Robert J. Bryan, J., entered March 30,

1983. *Affirmed* by unpublished opinion per Worswick, C.J., concurred in by Reed and Petrich, JJ.